No. 95-3132

Orlando Briscoe,                          *
                                          *
        Appellant,                        *     Appeal from the United States
                                          *     District Court for the Eastern
            v.        *   District of Missouri.
                                          *
James Anthony Gammon,                     *           [UNPUBLISHED]
                                          *
        Appellee. *

Submitted:  February 16, 1996

Filed:  March 12, 1996

Before LOKEN, BRIGHT, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

In 1990, Orlando Briscoe was convicted in state court in Missouri of three felonies.  He did not appeal, but he did petition for postconviction relief in the Missouri courts.  In State v. Briscoe, 847 S.W.2d 792 (Mo. 1993) (en banc), his petition for postconviction relief was denied.

Mr. Briscoe subsequently petitioned for habeas corpus relief in federal district court.  See 28 U.S.C. § 2254.  The district court denied Mr. Briscoe's petition in mid-1995; he appealed.  We have read the briefs, examined the exhibits, considered the district court record, and heard oral argument by the parties.  We

discern no error of law in the district court record and therefore affirm the judgment of the district court.[1]  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Lewis M. Blanton, United States Magistrate Judge for the Eastern District of Missouri.  <u>See</u> 28 U.S.C. § 636(b)(1)(B).

-2-